# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Case No. 4:12CR00233 |
| ) | |
| Mark Anthony Fleming, ) | |
|    Defendant. ) | |

## ORDER ON APPLICATION FOR LEAVE OF ABSENSE

**Eric F. Kramer**, having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Eric F. Kramer** be granted leave of absence for the following periods: March 30, 2025 through April 6, 2025; May 2, 2025; July 7, 2025 through July 14, 2025; August 28, 2025 through September 1, 2025; November 24, 2025 through November 28, 2025; and December 24, 2025 through January 2, 2026.

**SO ORDERED,** this 3rd day of March, 2025.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia